Whitney C. Wilcher, Esquire.
THE WILCHER FIRM
Nevada Bar No. 7212
8465 West Sahara Ave.
Suite 111-236
Las Vegas, NV  89117
Phone: (702) 528-5201
wcwilcher@hotmail.com

Attorney for Plaintiff Consolidated
Transaction Processing LLC

Michael N. Feder, Esquire
DICKINSON WRIGHT PLLC
8363 W. Sunset Road, Suite 200
Las Vegas, NV  89113-2210
Phone: (702) 55-04400
Fax: (702) 382-1661
mfeder@dickinson-wright.com

Attorneys for Defendant Jet.com, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED TRANSACTION PROCESSING LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JET.COM, INC.,<br><br>　　　　　Defendant. | C.A. No. 2:16-cv-1752-RFB-VCF<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO STAY ALL DEADLINES
### AND NOTICE OF SETTLEMENT

COMES NOW Consolidated Transaction Processing LLC ("CTP") and Defendant Jet.com, Inc. ("Jet") to file this Joint Motion to Stay All Deadlines and Notice of Settlement in the above-captioned matter.

1  The Parties hereby notify the Court that all matters in controversy between CTP and Jet
2  have been settled in principle.  The Parties therefore request that the Court stay this matter for
3  forty-five (45) days so that appropriate dismissal papers may be submitted in this action.
4  The Parties respectfully request that the Court grant this joint motion to stay all deadlines
5  and notice of settlement

7  Dated: October 25, 2016

THE WILCHER FIRM

BY: */s/ Whitney C. Wilcher*
Whitney C. Wilcher, Esquire
Nevada Bar No. 7212
8465 W. Sahara Ave., Suite 111-236
Las Vegas, NV  89117
(702) 528-5201
wcwilcher@hotmail.com

DEVLIN LAW FIRM LLC
Robert Kiddie (*Pro Hac Vice*)
rkiddie@devlinlawfirm.com
Timothy Devlin (*Pro Hac Vice*)
tdevlin@devlinlawfirm.com
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
(302) 449-9010

*Attorneys for Plaintiff Consolidated Transaction Processing LLC*

DICKINSON WRIGHT PLLC


BY: /s/ Michael N. Feder
Michael N. Feder, Esquire
Nevada Bar No. 7332
8363 W. Sunset Road, Suite 200
Las Vegas, NV  89113-2210
Phone: (702) 55-04400
Fax: (702) 382-1661
mfeder@dickinson-wright.com

FENWICK & WEST LLP
J. David Hadden (CSB No. 176148)
(*Pro Hac Vice*)
dhadden@fenwick.com
Todd R. Gregorian (CSB No. 236096)
(*Pro Hac Vice*)
tgregorian@fenwick.com
Kunyu Ching (CSB No. 292616)
(*Pro Hac Vice*)
kching@fenwick.com
801 California Street
Mountain View, CA  94041
Phone:  (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Jet.com, Inc.*


**ORDER**

Based upon the foregoing, IT IS HEREBY ORDERED that any deadlines, hearings, and trial dates are hereby stayed.  The parties shall file settlement documents or a Joint Status Report regarding the filing of settlement documents within 45 days of the date of this Order.

_____
Hon. Peggy A. Leen
U.S. Magistrate Judge

Dated this 31st day of October, 2016.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2016, he caused a copy of the foregoing pleading to be served electronically to counsel of record for all parties who have appeared in this action through the Court's CM/ECF system (as all such counsel appear to be registered CM/ECF users).

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher